In The United States District Court
Eastern District of NC
Western Division
File No. 5:26-CT-3035-BO

FILED
MAR 26 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Mr. Khayie' Shaune Wright,       )
          Plaintiff,             )        Plaintiff's Notice of Imminent Danger
vs.                              )
Granville Correctional Institution, et. al.,   )
          Defendants             )

COMES NOW Plaintiff, pro se enslaved litigant, hereby moves to notify the court upon the urgency of how He's in imminent danger before initial complaint and now during with to state:

It's difficult with adding such additional information without amending complaint. The matter-of-fact is the Defendants named in complaint are given the authority to deprive Plaintiff of rights and seek to continue the reprisal acts of Plaintiff's right to exhaust remedy through facility grievance process. In many incidents plaintiff has been denied access to court in various ways such as only allowing Plaintiff four (4) envelopes per week, destruction of grievances preventing exhaustions, denied notary public for documents pertaining to other litigations and pending cases, deliberately confiscating all forms of property destroying medication and certain legal material, and returning mail (i.e. Regular & legal) causing Plaintiff to rewrite documents due to incorrect dates and delays of filing.

It is Plaintiff's Beliefs that the court does have the authority to have the facility seperate the defendants from Plaintiff's housing area until a decision is met or have Plaintiff transferred to a facility that's within His custody level to prevent overloading with continuous new claims whether Plaintiff succeed upon His

Page 4 of 3

Claim(s) or not due to any technicality or etc. Plaintiff will not stop presenting documents to the court if constitutional violations continues for future references to present what was/wasn't done to justify the acts of the defendants.

After the filing of complaint Plaintiff has suffered excessive force, sexual harassment, verbal abuse/threats, mail tampering, food being used as punishments and variety of constitutional violations by the listed Defendants and individuals thats not named within complaint generating a new claim(s) to be filed.

Basically its like this I wish to fight Defendants physically for their wrongdoings, But have enough common knowledge to acknowledge that by doing such individually when decrease My chance of any success to prevent it in near future. The odds are against a slave and any act(s) im defamed without any sufficient evidence to even show anyone that Plaintiff committed any offense(s), so Plaintiff seek to inform the courts, why? Because if the little time Plaintiff have to review cases upon law library presenting cases that's highly similar to Plaintiffs stating it is indeed a violation of acts Plaintiff seek to have investigated. Its more then a money request, money cannot provide any adequate medical care in prison facilities. If it does then wouldnt that be differential treatment? So Plaintiff is indeed in imminent danger and subjected to either more excessive forces, medical denial, access to courts denial, property at risk with documents that Plaintiff have that can not be replaced etc.

WHEREFORE Plaintiff asks to be granted the injunction of removing defendants from Plaintiff housing area or transfer to a facility within Plaintiffs custody level and that's many to consider giving that consideration that Plaintiff is closed custody. Or in general interstate compact out of NC State to South Carolina DAC where Plaintiff is from, to be free from reprisals, deprivements, etc.

Respectfully submitted this 23rd day of March, 2026.

Pursuant to 28 U.S.C. § 1746 I, Mr. Kayie Shaune Wright declare under penalty of perjury that the foregoing "Notice of Imminent Danger" is true and correct, to Plaintiff's personal knowledge and Beliefs.

Signed/Hand & Wrist /24/2?

Mr. Kayie Shaune Wright, Plaintiff, Pro se
No. 13460493, Granville Correctional Institution
1001 Veazey Road
Butner, North Carolina 27009-1649

Case 5:26-ct-03035-BO    Document 9    Filed 03/26/26    Page 3 of 3