IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-03035-BO

| | | |
|---|---|---|
| KAYIE SHAUNE WRIGHT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISAAC ROGERS, et al., | ) | |
| Defendants. | ) | |

Kayie Shaune Wright ("plaintiff"), a state inmate, filed this civil rights action, pro se, pursuant to 42 U.S.C. § 1983. On May 12, 2026, the court conducted an initial review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and dismissed the Granville Correctional Institution as a defendant and dismissed any claims related to any defendants' participation in the administrative remedy process. The court, additionally, directed plaintiff to file one amended complaint. See ((DE 10), pp. 3-4). On June 1, 2026, plaintiff filed a pleading captioned "Notice of Objection to order," which the court construed as a motion for reconsideration pursuant to Federal Rule of Civil Procedure 54(b). On June 3, 2026, the court denied plaintiff's motion for reconsideration, but allowed him an additional fourteen days to file his amended complaint in accordance with the instructions set forth in the May 12, 2026, order. See (DE 12). The court cautioned plaintiff that failure to comply with any aspect of its May 12, 2026, order would result in dismissal of this action without prejudice for failure to prosecute.

Plaintiff failed to file his amended complaint within the time period provided. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. See Clack v. Rappahannock Reg'l Staff, 590 F. App' x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished);

Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 25 day of June, 2026

TERRENCE W. BOYLE
United States District Judge

2