Clerk's Office

United States District Court

P.O. Box 25670

Raleigh, North Carolina 27611


Clerk Peter A. Moore Jr.

Case No. 5:26-CT-03035-BO


This letter is to notify your office that your office did not process the Amended Complaint for case number above. As stated in order court received notice of objection on the 4th day of June, 2026. In which motion was sent out (given to unit staff Ms. Durham and Sergeant Jefferson) on date May 26, 2026, approximately 0500 hrs. Therefore it taken 6 days to reach your office to process on June 1, 2026, monday. The amended claim was given to unit staff Mr. Vinson, 1st day of June, 2026, approximately 0450 hrs, monday, if Im correct then no later then 4th of June or 5th of June your office would have received such manila envelope.

As mentioned in Notice of Objection a amended claim will be filed/sent even taking in consideration of objection, there was no order I failed, If so I would have stated a voluntary dismissal.

Therefore the judge should be informed of such. Appeal will be sent directly to the Court of Appeals due to if your office not receiving forms, then how sure do I know that the appeal forms will be process/filed? In addition the court only sent one copy of the complaint form so how would I copy such without printer, and/or staff within the facility to print or make copies?

Pg. 1 of 2

I forewarn the court within complaint of inadequate mailing/correspondence in which would have resulted into such dismissal if injunction(s) was not granted.

Respectfully Submitted In Good Faith this 10th day of July, 2026.

Mr. Keujie Shaune Wright
No. 1346493, Greenville Correctional Institution
1001 Veazey Road
Butner, North Carolina 27509-1649

Case 5:26-ct-03035-BO    Document 15    Filed 07/16/26    Page 2 of 2

Pg. 2 of 2